DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FELIX M. CACERES, II,**
Appellant,

v.

**MERCO GROUP OF THE PALM BEACHES, INC., MARK BENNETT, MARIA L. MEZZOMO, HARJAS CHATWAL, CYNTHIA RAFTIS, ANASTASIA RAFTIS, SPIRO RAFTIS, GREGORY PILL, RICHARD B. HOFFMAN, SHARON HOFFMAN, BRUCE PINCHEON, THOMAS FASO, JR., DIANNE E. MALHOTRA, VIKRANT MALHOTRA, MARGUERITTE BASSALI,** individually and as the Personal Representative of the Estate of **MAURICE BASSALI, KEVIN MACKEY, MICHAEL MACKEY, LEONARD ROSENBLATT** and **DIANNA ROSENBLATT,**

Appellees.

No. 4D19-2509

[April 2, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 50-2019-CA-001737-XXXX-MB.

Clayton R. Kaeiser, Coral Gables, for appellant.

Mandell Sundarsingh of Sundarsingh Law, P.L., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***